UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
...............................................................X

UNITED STATES OF AMERICA,  **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

-CR-    (  ) (  )

Natalia Korzha

Defendant(s).
...............................................................X

Defendant <u>Natalia Korzha</u> hereby voluntarily consents to participate in the following proceeding via <u>X                              </u> videoconferencing or <u>X   </u> teleconferencing:

<u> X </u>   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

<u> X </u>   Bail/Detention Hearing

___   Conference Before a Judicial Officer


/s/ Natalia Korzha                                    /s/ Jonathan Marvinny
Defendant's Signature                              Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Natalia Korzha                                          Jonathan Marvinny
Print Defendant's Name                           Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

   3/11/21                                                    [signature]
Date                                                             U.S. District Judge/U.S. Magistrate Judge